ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
THERA A. COOPER, ESQ
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       thera.cooper@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> TIERRA DE LAS PALMAS OWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ABSOLUTE COLLECTION SERVICES, LLC, <br><br> Defendants. | Case No.: 2:16-cv-01362 <br><br> **NOTICE OF DISASSOCIATION** |

Bank of America, N.A. (**BANA**) hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

///

///

///

///

///

{40429690;1}      1

1  Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ., and
2  THERA A. COOPER, ESQ. receive all future notices.

3  Respectfully submitted, this 30th day of January, 2017.

4  **AKERMAN LLP**

5  /s/ *Thera A. Cooper, Esq.*
   ARIEL E. STERN , ESQ.
6  Nevada Bar No. 8276
   THERA A. COOPER ESQ.
7  Nevada Bar No.13468
   1160 Town Center Drive, Suite 330
8  Las Vegas, Nevada 89144

9

10  **COURT APPROVAL**

11  IT IS SO ORDERED.
12  Date: January 31, 2017
        _____

13  _____
14  UNITED STATES MAGISTRATE JUDGE

{40429690;1}

2