ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**LAS VEGAS DEVELOPMENT GROUP, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BANK OF AMERICA, N.A.,

    Plaintiff,

vs.

TIERRA DE LAS PALMAS OWNERS ASSOCIATION; LAS VEGAS DEVELOPMENT GROUP, LLC; ABSOLUTE COLLECTION SERVICES, LLC,

    Defendants.

Case No. 2:16-cv-01362-APG-NJK

**STIPULATION TO SUBSTITUTE PARTIES**

COMES NOW Defendants, LAS VEGAS DEVELOPMENT GROUP, LLC (*"LVDG"*); TIERRA DE LAS PALMAS OWNERS ASSOCIATION (*"HOA"*); and ABSOLUTE COLLECTION SERVICES, LLC (*"ACS"*); Plaintiff, BANK OF AMERICA, N.A. (*"BANA"*); and proposed Defendant, AIRMOTIVE INVESTMENTS, LLC (*"Airmotive"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On June 16, 2016, BANA filed this action seeking various relief related to a deed of trust recorded against real property commonly known as 4920 Little Cayman Street, North Las Vegas, Nevada 89031 (*"the "Property"*) and a homeowners

association lien foreclosure sale related thereto, which was conducted by ACS on behalf of HOA.

2. LVDG presented the prevailing bid at the HOA's foreclosure sale and thereby acquired title to the Property.

3. At the time the Plaintiff filed this action, LVDG was the record title holder of the Property.

4. LVDG subsequently transferred and conveyed its interest in the Property to Airmotive on or about December 16, 2016, by way of a Grant Deed recorded in the office of the Clark County Recorder on January 5, 2017, as Instrument No. 20170105:0002758.

5. Airmotive is currently the record title holder of the Property.

6. LVDG no longer claims any right, title or interest in the Property.

7. Airmotive shall be substituted as a defendant in this action as the real party in interest in the place and stead of LVDG. LVDG shall be dismissed from this action without prejudice. All claims and defenses asserted by and against LVDG in this action shall be deemed to equally apply to Airmotive and the case caption shall be appropriately amended.

Dated this  9th  day of September, 2019.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda*<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>9120 West Post Road, Suite 100<br>Las Vegas, Nevada 89148<br>(702) 254-7775<br>croteaulaw@croteaulaw.com<br>***Attorney for Defendant***<br>***Las Vegas Development Group, LLC  and***<br>***Airmotive Investments, LLC*** | /s/ *Rex D. Garner*<br>REX D. GARNER, ESQ.<br>Nevada Bar No. 9401<br>1635 Village Center Cir., Suite 200<br>Las Vegas, NV 89134<br>(702)634-5005<br>(702) 380-8572 (fax)<br>rex.garner@akerman.com<br>***Attorney for Plaintiff***<br>***Bank of America, N.A.*** |

| ABSOLUTE COLLECTION SERVICES, LLC | LEACH KERN GRUCHOW ANDERSON SONG |
|---|---|
| /s/ *Shane D. Cox*<br>SHANE D. COX, ESQ.<br>Nevada Bar No. 13852<br>7485 W. Azure Dr., Suite 129<br>Las Vegas, NV 89130<br>702-531-3394<br>702-531-3396 (fax)<br>shane@absolute-collection.com<br>***Attorney for Defendant***<br>***Absolute Collection Services, LLC*** | /s/ *Ryan D. Hastings*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>(702) 538-9074<br>(702) 538-9113 (fax)<br>sanderson@lkglawfirm.com<br>rhastings@lkglawfirm.com<br>***Attorney for Defendant***<br>***Tierra de Las Palmas Owners Association*** |

**IT IS SO ORDERED.**

By: _____
United States Magistrate Judge

Dated: September 10, 2019