**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:     (702) 538-9074
Facsimile:     (702) 538-9113
*Attorneys for Tierra De Las Palmas*
*Owners' Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.:     2:16-cv-01362-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION DEADLINE** |
| vs. | |
| | **[SECOND REQUEST]** |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC, | |
| Defendants. | |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION, | |
| Cross-Claimant, | |
| vs. | |
| ABSOLUTE COLLECTION SERVICES, LLC, | |
| Cross-Defendant. | |

Bank of America, N.A., Tierra De Las Palmas Owners' Association, Airmotive

Investments, LLC, stipulate and agree to extend the deadline to file dispositive motions to

*(vertical sidebar)* LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

LEACH KERN GRUCHOW ANDERSON SONG
2525 Box Canyon Drive, Las Vegas, Nevada 89128
Telephone: (702) 538-9074 – Facsimile (702) 538-9113

1  June 8, 2020. This is the parties' second request for an extension. The dispositive deadline is

2  currently set for May 25, 2020. See ECF No. 50.

3       This is the second request for an extension of the dispositive deadline and is not made for

4  purposes of undue delay. The extension is requested in light of May 25, 2020 being the

5  Memorial Day holiday. The extension is also requested in light of additional obligations and

6  delays caused by COVID-19 related closures, and will allow the parties additional time to fully

7  prepare their dispositive motions.

8       DATED May 21, 2020.

9  **LEACH KERN GRUCHOW ANDERSON SONG**     **AKERMAN LLP**

10  */s/ Ryan D. Hastings*                   */s/ Jamie K. Combs*

11  Sean L. Anderson                         Ariel E. Stern
    Nevada Bar No. 7259                      Jamie K. Combs

12  Ryan D. Hastings                         Nevada Bar No. 13088
    Nevada Bar No. 12394                     1635 Village Center Circle, Suite 200

13  2525 Box Canyon Drive                    Las Vegas, Nevada 89134
    Las Vegas, Nevada 89128                  *Attorneys for Plaintiff Bank of America, N.A.*

14  *Attorneys for Tierra de las Palmas Owners'*
    *Association*

15  **ROGER P. CROTEAU & ASSOCIATES, LTD.**

16
    */s/ Timothy P. Rhoda*

17  Roger P. Croteau
    Nevada Bar No. 4958

18  Timothy P. Rhoda
    Nevada Bar No. 7878

19  2810 W. Charleston Blvd., #75

20  Las Vegas, Nevada 891102
    *Attorneys for Airmotive Investments, LLC*

21

22                                          **ORDER**

23                                          IT IS SO ORDERED:

24

25                                          _____
                                            U.S. Magistrate Judge

26
                                             May 22, 2020
27                                          DATED

28

-2-