ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  jamie.combs@akerman.com
*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-01362-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND BANA'S RESPONSE TO TIERRA'S DISPOSITIVE MOTION DEADLINE** |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC, | **[FIRST REQUEST]** |
| Defendants. | **ORDER** |
| AND RELATED CASES | |

    Bank of America, N.A. (**BANA**) and Tierra De Las Palmas Owners Association (**Tierra**) stipulate to extend BANA's deadline to respond to Tierra's summary judgment motion.  Tierra filed its summary judgment motion on June 8, 2020.  On the same day, BANA, Tierra, and Airmotive Investments, LLC sought an extension to extend the dispositive motion deadline until July 8, 2020, to facilitate settlement between BANA and Airmotive, and continue settlement discussions between Tierra and BANA.

///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

53669818;1

BANA's response to Tierra's motion is due June 29, 2020.  The parties stipulate to extend the deadline by fourteen days, to July 13, 2020, in light of the extension to file dispositive motions and to allow BANA additional time to prepare its response and/or discuss settlement with the HOA.

Dated: June 29, 2020.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Ryan D. Hastings*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 11593
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for defendant and cross-claimant*
*Tierra De Las Palmas Owners Association*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-01362-APG-NJK

6/30/2020
_____
DATED

*Left margin:*
AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

53669818;1