ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  jamie.combs@akerman.com
*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br><br>AND RELATED CASES | Case No.: 2:16-cv-01362-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF BANK OF AMERICA, N.A.'S CLAIMS AGAINST AIRMOTIVE INVESTMENTS, LLC** |

///

///

///

///

///

///

///

53804131;1

Bank of America, N.A. (**BANA**) and Airmotive Investments, LLC (**Airmotive**), pursuant to Rule 41, and said parties having entered into a confidential settlement agreement resolving all matters at issue herein as between themselves, stipulate to dismiss all BANA's claims against Airmotive, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 9, 2020.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* | */s/ Timothy Rhoda* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| JAMIE K. COMBS, ESQ. | TIMOTHY RHODA, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 7878 |
| 1635 Village Center Circle, Suite 200 | 9120 West Post Road, Suite 100 |
| Las Vegas, Nevada 89134 | Las Vegas, Nevada 89148 |
| *Attorneys for plaintiff Bank of America, N.A.* | *Attorneys for defendant Airmotive Investments, LLC* |

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-01362-APG-NJK

7/10/2020

DATED

2

53804131;1