**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Tierra De Las Palmas Owners' Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.:    2:16-cv-01362-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [ECF NO. 53]** |
| vs. | |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC, | **[FIRST REQUEST]** |
| Defendants. | |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION, | |
| Cross-Claimant, | |
| vs. | |
| ABSOLUTE COLLECTION SERVICES, LLC, | |
| Cross-Defendant. | |

Bank of America, N.A. and Tierra De Las Palmas Owners' Association stipulate and agree to extend the deadline for Defendant Tierra De Las Palmas Owners' Association to file its Reply in Support of its Motion for Summary Judgment [ECF No. 53] to August 3, 2020. This is the parties' first request for an extension. The reply deadline is currently set for July 27, 2020.

-1-

This is the first request for an extension and is not made for purposes of undue delay. The extension is requested due to Defendant's counsel being out of the jurisdiction on July 27, 2020.

DATED July 24, 2020.

| **LEACH KERN GRUCHOW ANDERSON SONG** | **AKERMAN LLP** |
|---|---|
| */s/ Ryan D. Hastings* | */s/ Jamie K. Combs* |
| Sean L. Anderson | Ariel E. Stern |
| Nevada Bar No. 7259 | Jamie K. Combs |
| Ryan D. Hastings | Nevada Bar No. 13088 |
| Nevada Bar No. 12394 | 1635 Village Center Circle, Suite 200 |
| 2525 Box Canyon Drive | Las Vegas, Nevada 89134 |
| Las Vegas, Nevada 89128 | *Attorneys for Plaintiff Bank of America, N.A.* |
| *Attorneys for Tierra de las Palmas Owners' Association* | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 24, 2020.