ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  jamie.combs@akerman.com
*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-01362-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ALL CLAIMS BETWEEN BANK OF AMERICA, N.A. AND TIERRA DE LAS PALMAS OWNERS' ASSOCIATION** |
| TIERRA DE LAS PALMAS OWNERS ASSOCIATION; AIRMOTIVE INVESTMENTS, LLC; ABSOLUTE COLLECTION SERVICES, LLC, | |
| Defendants. | |
| AND RELATED CASES | |

///
///
///
///
///
///
///
///
///

1

54286468;1

Plaintiff Bank of America, N.A. and defendant Tierra De Las Palmas Owners' Association stipulate to dismiss all claims between them with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: December 2, 2020.

**AKERMAN LLP**

*/s/ Jamie K. Combs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Ryan D. Hastings*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128

*Attorneys for defendant Tierra De Las Palmas Owners' Association*

**ORDER**

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-01362-APG-NJK

December 2, 2020
DATED

2

54286468;1