UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>    Plaintiff <br><br>v. <br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION, et al., <br><br>    Defendants | Case No.: 2:16-cv-01362-APG-NJK <br><br>**Order (1) Denying Motion for Summary Judgment as Moot and (2) Setting Deadline for Further Action** <br><br>[ECF No. 53] |

    In light of the stipulation of dismissal (ECF No. 68) between plaintiff Bank of America, N.A. and defendant Tierra De Las Palmas Owners Association,

    I ORDER that defendant Tierra De Las Palmas Owners Association's motion for summary judgment **(ECF No. 53) is DENIED as moot**.

    I FURTHER ORDER that by December 22, 2020, plaintiff Bank of America, N.A. and cross claimant Tierra De Las Palmas Owners Association shall take action to resolve their remaining claims against defendant Absolute Collection Services, LLC.  They shall file papers indicating their planned course of action regarding those claims by that date.  The failure to do so will result in dismissal of any remaining claims with prejudice.

    DATED this 1st day of December, 2020.

                                                         ANDREW P. GORDON <br>
                                                         UNITED STATES DISTRICT JUDGE